IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LISA R. REZNICK, | § § § | |
| Plaintiff-Relator, | § § | Civil Action No. 3:23-CV-1436-E |
| v. | § § | |
| HCA HEALTHCARE, INC., *et al.*, | § § | |
| Defendants. | § § | |

## ORDER

Now before the Court is the "Relator's Notice of Voluntary Dismissal Without Prejudice," filed by relator Lisa R. Reznick, accompanied by the "Government's Notice of Consent to Dismissal" filed by the government, and Government's "Ex Parte Motion to Lift Seal on Complaint". (ECF Nos. 19, 20, 21). In accordance with these documents and pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), and Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is hereby DISMISSED without prejudice, and the Clerk of Court is directed to mark this case as terminated on the docket.

Furthermore, the government having given notice of its intervention decision and its decision to consent to the relator's voluntary dismissal of this case, it is ORDERED that the following documents shall be unsealed and publicly docketed by the Clerk of Court:

- Relator Lisa R. Reznick's False Claims Act Complaint (ECF No. 2);

- Relator Lisa R. Reznick's First Amended False Claims Act Complaint (ECF No. 9);

- Relator's Notice of Voluntary Dismissal Without Prejudice (ECF No. 19);

- Government's Notice of Consent to Dismissal (ECF No. 20); and

- this Order.

All other documents filed in this action prior to the date of this Order shall remain under seal, but the seal shall be lifted on this action going forward such than any documents filed after the date of this Order (if any) shall be filed on the public docket (unless accompanied by a separate motion to seal or pursuant to a separate order from the Court).

**SO ORDERED.**

31st day of December, 2024.

*[signature]*

Ada Brown
UNITED STATES DISTRICT JUDGE